Prob 22 (Rev. 03/97)

| TRANSFER OF JURISDICTION | DOCKET NO. (Transferring Court) 0864-0:02CR00148-001(MJD) |
|---|---|
| | DOCKET NO. (Receiving Court) |

| NAME AND LOCATION OF | DISTRICT | DIVISION | |
|---|---|---|---|
| Hasan Zahir Smith | MINNESOTA | | |
| | NAME OF SENTENCING JUDGE | | |
| | Honorable Michael J. Davis | | |
| | TYPE OF SUPERVISION | FROM | TO |
| | SUPERVISED RELEASE | 03/06/2006 | 03/05/2011 |

OFFENSE

Narcotics-Sell, Distribute, Or Dispense

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the case named above be transferred with the records of this Court to the United States District Court for the Northern District of Georgia upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervision herein may be changed by the District Court to which this transfer is made without further inquiry of this Court.

1-3-07

Date

Michael J. Davis, United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

IT IS HEREBY ORDERED that jurisdiction of the above case be accepted and assumed by this Court from and after the entry of this order.

1/25/07

Effective Date

Thomas W. Thrash

United States District Judge

SCANNED
FEB 07 2007
U.S. DISTRICT COURT ST. PAUL